# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# COLUMBIA DIVISION

| | | |
|---|---|---|
| SHAUN CROSS, | ) | |
| | ) | |
| Petitioner, | ) | NO. 1:17-cv-00066 |
| | ) | |
| v. | ) | JUDGE CAMPBELL |
| | ) | MAGISTRATE JUDGE |
| RANDY LEE, WARDEN, | ) | BROWN |
| | ) | |
| Respondent. | ) | |

## ORDER

This case has been reassigned to the undersigned Judge.

Pending before the Court is the Magistrate Judge's Report and Recommendation on Petitioner's Motion for Leave to File an Amended Petition for Writ of Habeas Corpus under 28 U.S.C. § 2254 (*see* Doc. No. 14), which was filed on August 30, 2018. (Doc. No. 19). In the Report and Recommendation, the Magistrate Judge recommends Petitioner's motion to amend be denied, finding his potential claims without merit. (*Id.*).

Although the Report and Recommendation advised the parties that any objections must be filed within fourteen days of service, no objections were filed. The Court has reviewed the Report and Recommendation and concludes that it should be adopted and approved. Accordingly, Petitioner's Motion for Leave to File an Amended Petition is **DENIED**.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE